IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NCS Pearson, Inc.,

Plaintiff,

v.

Measurement Inc.,

Defendant.

Civil Action No. 02-382 (ADM/AJB)

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

NCS Pearson, Inc. ("NCS Pearson"), has requested an extension with which to serve the Summons and Complaint upon Measurement, Inc. The Complaint was originally filed with the Court on February 14, 2002. NCS Pearson did not serve the Complaint on Measurement, Inc. within the 120 days pursuant to Rule 4 of the Federal Rules of Civil Procedure because of pending settlement discussions. NCS Pearson, however, advised Measurement, Inc. of the filing of the Complaint. NCS Pearson must now proceed to prosecute its cause of action and asks the Court for an Order granting an extension of time to serve the Summons and Complaint.

Accordingly, IT IS HEREBY ORDERED that, NCS Pearson has until December 1, 2002 to serve the Summons and Complaint upon Measurement, Inc.

DATED: November 5, 2002

Magistrate Judge Arthur. J. Boylan

NOV 0 5 2002

FILED
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK