AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

NCS Pearson, Inc.

V.

Measurement Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 02-382 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant's motion to dismiss is granted.

May 2, 2003
Date

RICHARD D. SLETTEN, CLERK

Shirley Hansen
(By) Shirley Hansen, Deputy Clerk

23